In re Mary E. SIMMONS, Debtor.

**Mary E. Simmons, Appellant,**

v.

**Ellen W. Cosby, Trustee, Appellee.**

No. 01–1181.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

Mary E. Simmons, pro se.

Ellen W. Cosby, appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Mary E. Simmons appeals the district court's order affirming the bankruptcy court's order dismissing her bankruptcy proceeding for failing to comply with the requirements of Chapter 13: Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Simmons v. Cosby,* Nos. CA-00-3562-H; BK-99-65737-SD (D.Md. Jan. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*